AO 442 (Rev. 11/11) Arrest Warrant (approved by AUSA K. Fallenstein)

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| RIGOBERTO XILOJ BUOX | ) | Case No. 25-mj-637 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Rigoberto Xiloj Buox                                                                                           ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
See Attached Affidavit.

Date: _____          PAMELA A. CARLOS
                                   Digitally signed by PAMELA A. CARLOS
                                   Date: 2025.03.25 14:06:57 -04'00'
                                   _____
                                   *Issuing officer's signature*

City and state:  Allentown, Pennsylvania          Honorable Pamela A. Carlos, U.S.M.J.
                                                  *Printed name and title*

---

**Return**

This warrant was received on *(date)* 3/25/2025, and the person was arrested on *(date)* 4/10/2025
at *(city and state)* Philadelphia, PA.

Date: 4/10/2025                                   _____
                                                  *Arresting officer's signature*

                                                  Jamaal Green
                                                  *Printed name and title*